UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHRISTINE MINK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00195-JRS-MJD |
| | ) | |
| CITIBANK, N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DIRECTING FILING OF DOCUMENTS AUTHORIZING DISMISSAL**

The Court has been advised by counsel that a resolution has been reached in this action **ONLY** as to Defendant Citibank, N.A. [Dkt. 13.]   Therefore, all pending motions with regard to Defendant Citibank, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED** only to the extent they relate to Defendant Citibank.

**Within sixty (60) days of the date of this entry**, counsel for the parties shall file a motion to dismiss this cause **ONLY** as to Defendant Citibank and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the parties).   Additional time to complete the execution of the necessary documents may be granted for good cause shown, if requested in writing before expiration of this period.

SO ORDERED.

Dated:   13 JUN 2023          _____

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.